**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

KEN ZUPP,

    Plaintiff,

v.

CABOT OIL & GAS CORPORATION,

    Defendant.

CIVIL ACTION NO. 3:CV-12-2333

(JUDGE CAPUTO)

## ORDER

**NOW**, this 9th day of May, 2013, **IT IS HEREBY ORDERED** that Defendant Cabot Oil & Gas Corporation's Motion to Dismiss Plaintiff's Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) (Doc. 10) is **GRANTED**. Plaintiff Ken Zupp has **twenty-one (21) days** from the date of entry of this Order to file an amended pleading. If he fails to do so, the action will be dismissed with prejudice and the case will be closed.

                                                /s/ A. Richard Caputo
                                                A. Richard Caputo
                                                United States District Judge